IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAYNE SHOUR, | § | |
| *Plaintiff*, | § § § | |
| V. | § | CIVIL ACTION NO. SA-23-CA-318-FB |
| BEST BUY CO., INC., | § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Stipulation of Dismissal (docket no. 23), filed by the parties on November 12, 2024. The parties stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, that this matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties (docket no. 23) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of November, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE